```
 1
 2
 3                    UNITED STATES DISTRICT COURT
 4                   NORTHERN DISTRICT OF CALIFORNIA
 5
 6
 7   ─────────────────────────────  )  C07-1960
     IN RE: BEXTRA AND CELEBREX     )
 8   MARKETING SALES PRACTICES AND  )  MDL NO. 1699
     PRODUCT LIABILITY LITIGATION   )  District Judge: Charles R. Breyer
 9                                  )
     ─────────────────────────────  )
10   Robert Parker, et al,          )
                                    )
11                      Plaintiff(s),)  STIPULATION AND ORDER OF
                                    )  DISMISSAL WITH PREJUDICE
12              vs.                 )
                                    )
13   Pfizer Inc, et al.             )
                        Defendants. )
14                                  )
                                    )
15                                  )
                                    )
16   ─────────────────────────────
17
         Come now the Plaintiff(s), **Robert Parker and Betty Parker** and Defendants, by and
18
     through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
19
     hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
20
     attorneys' fees and costs.
21
22
23
24
25
26
27
```

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: Jan. 6, 2010 | By: /s/ |
| 3 | | Hissey Kientz, L.L.P. |
| 4 | | Eric Walker, Esq.<br>David L. Friend, Esq. |
| 5 | | 9442 Capital of Texas Hwy N., Suite 400<br>Austin, TX 78759 |
| 6 | | Telephone: (512) 320-9100<br>Facsimile: (512) 320-9101 |
| 7 | | Attorneys for Plaintiff(s) |
| 8 | DATED: Jan. 6, 2010 | By: /s/ |
| 9 | | |
| 10 | | DLA PIPER LLP (US)<br>1251 Avenue of the Americas |
| 11 | | New York, NY 10020<br>Telephone: (212) 335-4500 |
| 12 | | Facsimile: (212) 335-4501<br>*Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42463776.1